IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-cv-79-D

| | | |
|---|---|---|
| Victor R. McAllister, Sr. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF DEFAULT |
| | ) | |
| State of North Carolina, et al | ) | |
|     Defendants. | ) | |

Upon showing by the Plaintiff, Victor R. McAllister, Sr., that defendant Laura Snow has failed plead or otherwise defend pursuant to the Federal Rules of Civil Procedure, Rule 12, default is hereby entered against defendant Laura Snow as to the complaint.

This ___19th___ day of July, 2010.

_____
Dennis P. Iavarone
Clerk of Court