UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTOR R. MCALLISTER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>STATE OF NORTH CAROLINA, )<br>NORTH CAROLINA DEPARTMENT )<br>OF JUSTICE, NORTH CAROLINA )<br>GENERAL ASSEMBLY, CUMBERLAND )<br>COUNTY CHILD SUPPORT ENFORCEMENT )<br>AGENCY, CUMBERLAND COUNTY DISTRICT )<br>COURTHOUSE OF NORTH CAROLINA, )<br>JUDGE JAMES FLOYD AMMONS, JR., )<br>JUDGE CHERI BEASLEY, JUDGE DOUGALD )<br>N. CLARK, JUDGE ROBERT J. STIEHL III, )<br>JUDGE ELIZABETH KEEVER, ATTORNEY AT LAW )<br>THOMAS H. CLEMENTS, ATTORNEY AT LAW )<br>GREGG ILLIKAINEN, CAROLYN CHAVIS, AND )<br>LAURA SNOW, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:10-CV-79-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss [D.E. 27, 30, 48, 66] for lack of subject-matter jurisdiction are GRANTED. The complaint and all other motions [D.E. 47, 52, 58-59, 61, 63, 70, 73, 76-79] are DISMISSED.

**This Judgment Filed and Entered on March 11, 2011 and Copies To:**

Victor R. McAllister, Sr., pro se -via U.S. Postal Service
1665 Gate Two Road
Creedmore, NC 27522

Thomas H. Clements, pro se - via U.S. Postal Service
3513 Raeford Road, Suite A
Fayetteville, NC 28305

Lisa Bradley Dawson (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)
Bryce D. Neier (via CM/ECF Notice of Electronic Filing)


March 11, 2011                                  DENNIS P. IAVARONE, Clerk
                                                Eastern District of North Carolina
Raleigh, North Carolina                         /s/ Debby Sawyer
                                                (By) Deputy Clerk